JEFFREY H. WOOD
Acting Assistant Attorney General

JUDITH RABINOWITZ (Alaska State Bar No. 8912094)
Indian Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6486
judith.rabinowitz2@usdoj.gov
*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NO CASINO IN PLYMOUTH, DUEWARD W. CRANFORD II, Dr. ELIDA A. MALICK, JON COLBURN, DAVID LOGAN, WILLIAM BRAUN and CATHERINE COULTER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INDIAN GAMING COMMISSION; JONODEV CHAUDHURI, Chairman of the National Indian Gaming Commission; THE UNITED STATES DEPARTMENT OF THE INTERIOR; RYAN ZINKE, Secretary of the Interior; DAVID BERNHARDT, Deputy Secretary of the Interior; DONALD E. LAVERDURE, former Acting Assistant Secretary–Indian Affairs; and AMY DUTSCHKE, Bureau of Indian Affairs, Pacific Regional Director,<br><br>Defendants. | **CASE NO. 2:18-CV-01398 MCE-CKD**<br><br>**FEDERAL DEFENDANTS' NOTICE OF RELATED CASES**<br><br>**Also filed in EDC actions:**<br><br>**No. 2:12-cv-01748-TLN-CMK**<br>**No. 2:12-cv-01710-TLN-CKD** |

**Federal Defendants' Notice of Related Cases**             1
**Case No. 2:18-CV-01398 MCE-CKD**

Pursuant to Local Rule 123(b), counsel for Federal Defendants[1] National Indian Gaming Commission; Jonodev Chaudhuri, Chairman of the National Indian Gaming Commission; the United States Department of the Interior; Ryan Zinke, Secretary of the Interior; David Bernhardt, Deputy Secretary of the Interior; Donald E. Laverdure, former Acting Assistant Secretary–Indian Affairs; and Amy Dutschke, Bureau of Indian Affairs, Pacific Regional Director hereby submits this Notice of Related Cases. The above-captioned case is related to the following two cases previously filed in the Eastern District:

(1) *No Casino In Plymouth v. Jewell*, No. 2:12-cv-01748-TLN-CMK (E.D. Cal., filed June 29, 2012). This Court granted summary judgment for the defendants on September 30, 2015. 136 F. Supp. 3d 1166. On appeal, the Ninth Circuit vacated that decision and remanded the case to be dismissed for lack of subject matter jurisdiction. 698 F. App'x 531 (9th Cir. 2017). In accordance with the remand, this Court dismissed the action on January 25, 2018. No. 2:12-cv-01748-TLN-CMK, ECF No. 111.

(2) *Cty. of Amador v. U.S. Dep't of Interior*, Case No. 2:12-cv-01710-TLN-CKD (E.D. Cal., filed June 27, 2017). This Court granted summary judgment for the defendants on September 30, 2015. 136 F. Supp. 3d 1193. The Ninth Circuit affirmed, 872 F.3d 1012, and appellants filed a petition for certiorari on April 13, 2018 (No. 17-1432).

The above two cases are related to the instant case as defined in Local Rule 123(a) because (1) they involve the same set of facts, namely the Department of Interior's determination in a 2012 Record of Decision ("ROD") to acquire property into trust for the Ione Band of Miwok Indians; and (2) they involve the same or similar questions of law, including (a) whether the Ione Band of Miwok Indians was under federal jurisdiction when the Indian Reorganization Act, 25 U.S.C. § 5108 *et seq.*, was

---

[1] By filing this Notice, counsel does not concede that all named defendants are proper defendants in either their official or individual capacities. Additionally, pursuant to Fed. R. Civ. P. 4(i) there can be no implication of waiver of service upon United States agencies, officers, or employees through filing of this Notice.

**Federal Defendants' Notice of Related Cases**  2
**Case No. 2:18-CV-01398 MCE-CKD**

enacted, and (b) whether the land at issue, once in trust, would meet the Indian Gaming Regulatory Act's "restored lands" exception to the general prohibition on gaming on lands acquired in trust after the Act's enactment, 25 U.S.C. § 2719.

Notably, the above two cases required review of the extensive administrative record of the 2012 ROD. This administrative record consists of over 20,000 pages and covers more than 100 years of relevant history. As such, assignment to the same judge is likely to effect a substantial savings of judicial effort and other economies.

Dated: July 11, 2018

                              Respectfully submitted,

                              JEFFREY H. WOOD
                              Acting Assistant Attorney General

                              JUDITH RABINOWITZ
                              Indian Resources Section
                              Environment & Natural Resources Division
                              United States Department of Justice

                              By:   /s/ Judith Rabinowitz
                              Counsel for Federal Defendants

Of counsel:

AUSTIN T. BADGER
Office of General Counsel
National Indian Gaming Commission
90 K Street NE, Ste 200
Washington, DC 20002

MATTHEW KELLY
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240