UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:18−CV−01398−TLN−CKD** |
| USDC Judge: | **DISTRICT JUDGE TROY L. NUNLEY** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **NO CASINO IN PLYMOUTH vs. NATIONAL INDIAN GAMING COMMISSION** |
| Type: | **CIVIL** |
| Complaint Filed: | **5/22/2018** |
| Appealed Order/Judgment Filed: | **5/11/2022** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Paid on 5/15/2022 in the amount of $505.00**

Information prepared by: /s/ **A. Coll , Deputy Clerk**