# TRANSCRIPT ORDER

PLEASE Read Instruction Page (attached):

FOR COURT USE ONLY
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | YOUR NAME | Simon W. Gertler |
| 2 | EMAIL | sgertler@jmandmplaw.com |
| 3 | PHONE NUMBER | 510-866-1893 |
| 4 | DATE | 7/25/22 |
| 5 | MAILING ADDRESS | 1970 Broadway Suite 825 |
| 6 | CITY | Oakland |
| 7 | STATE | CA |
| 8 | ZIP CODE | 94612 |
| 9 | CASE NUMBER | 2:18-cv-1398-TLN-CKD |
| 10 | JUDGE | Hon. Troy L. Nunley |
| 11 | FROM | 3/10/2020 |
| 12 | TO | |
| 13 | CASE NAME | No Casino in Plymouth v. Nat'l Indian Gaming Commission |
| 14 | CITY | Sacramento |
| 15 | STATE | CA |

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Hearing on Motion to Dismiss | 3/10/2020 | Kimberly Bennett |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES: 1 | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | /s/ Simon W. Gertler |
|---|---|
| 20. DATE | 7/25/2022 |
| PROCESSED BY | |
| PHONE NUMBER | |

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |